DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDEZE LAGUERRE,**
Appellant,

v.

**CYPRESS CHASE NORTH CONDOMINIUM NO. 4 ASSOCIATION, INC.,**
Appellee.

No. 4D2023-1788

[February 8, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE23-000234.

Beresford A. Landers Jr. of Beresford A Landers LLC, Lauderdale Lakes, for appellant.

Evan S. Rosenberg of Moritt Hock Hamroll LLP, Plantation, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***